**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14

USA

                Plaintiff,

  v.

Chaudhari

                Defendant.

                                    /

NO. CR 05-00300 MAG

**CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY AND/OR REGISTER AS AN E-FILER**

15
16
17

On 6/23/205, counsel for Defedant filed a Stipulation For Continuance of Hearing Date manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

18
19
20
21
22
23
24
25

The above mentioned paper document has been filed and docketed. However, General Order 45 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for Defendant should submit the document, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do *not* e-file a document which has been previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

26
27
28

Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action

**United States District Court**

For the Northern District of California

1  as being subject to ECF." Counsel in this case who have not yet registered as ECF Users  must do so

2  immediately.    Forms  and  instructions  for  registering  can  be  found  on  the  Court's  Web  site  at

3  ecf.cand.uscourts.gov.

4  Dated: June 28, 2005                                    <u>Valerie Kyono</u>
                                                            Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                    2